# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

### DOCKET NO. 3:08-CV-437-FDW

| | | |
|---|---|---|
| **ORLANDO A. LEE, SR.,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **FEDERAL BUREAU OF** | ) | |
| **INVESTIGATION, et al.,** | ) | |
| | ) | |
| **Defendants** | ) | |
| | ) | |

THIS MATTER is before the Court for preliminary review of a complaint filed *in forma pauperis* pursuant to 28 U.S.C. § 1915(e)(2)(B), which permits the dismissal of such a complaint which lacks an arguable basis either in law or fact. White v. Gregory, 1 F.3d 267, 269 (4th Cir. 1993). A complaint lacks an arguable basis in fact where "the facts alleged rise to the level of the irrational or the wholly incredible." Id.

The *pro se* complaint alleges, to the extent the Court is able to discern it, that in 2006 federal agents broke into his tractor trailer truck while he was working, assaulted him and seized a firearm, and required him to submit to some nefarious medical experiments. It further alleges that the FBI has tampered with his property and manipulated his finances in order to keep him in poverty.

The allegations of the complaint are fanciful and neither specific nor coherent enough to suggest the existence of a legally cognizable claim. Therefore, the Court DISMISSES the complaint pursuant to 28 U.S.C. § 1915(e)(2)(B). The Clerk shall mail a copy of this Order to Plaintiff's address of record.

IT IS SO ORDERED.

Signed: January 8, 2009

Frank D. Whitney
United States District Judge