# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Orlando A. Lee, Sr.,

    Plaintiff(s),

JUDGMENT IN A CIVIL CASE

vs.

3:08cv437

Federal Bureau of Investigation et al,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 1/8/2009 Order.

Signed: January 8, 2009

Frank G. Johns, Clerk
United States District Court